# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RICKER,<br><br>         Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER SALAS, et al.,<br><br>         Defendants. | Case No.: 3:19-cv-00807-DMS-LL<br><br>**REPORT AND RECOMMENDATION FOR ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br><br>**[ECF No. 19]** |

  This Report and Recommendation is submitted to United States District Judge Dana M. Sabraw pursuant to 28 U.S.C. § 636(b) and Civil Local Rules 72.1(c) and 72.3(f) of the United States District Court for the Southern District of California.

  On September 23, 2019, Defendants F. Salas, E. Savala, M. Keener, A. Danial, D. Parsons, A. Gonzalez, A.R. Gonzalez, F. Aviles, D. Paramo, S. Ramirez, and F. Camacho filed a Motion to Dismiss. ECF No. 19. On October 25, 2019, Plaintiff Phillip Ricker filed a Joint Motion for Leave to File an Amended Complaint. ECF No. 21. On October 28, 2019, Judge Dana M. Sabraw granted the Joint Motion to Amend, and allowed the amended pleading. ECF No. 22.

///

Accordingly, the Court **RECOMMENDS** that Defendants' pending Motion to Dismiss be **DENIED** as moot.

Dated: November 13, 2019

_____
Honorable Linda Lopez
United States Magistrate Judge