UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP RICKER,<br><br>                      Plaintiff,<br><br>v.<br><br>CORRECTIONAL OFFICER SALAS, et al.,<br><br>                      Defendant. | Case No.: 19-cv-807-DMS-LL<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING DEFENDANTS' MOTION TO DISMISS** |

On May 1, 2019, Plaintiff Phillip Ricker, a state prisoner proceeding pro se, filed a Complaint under (1) Cal. Gov. Code § 844.6(d); (2) the Eighth and Fourteenth Amendments to the United States Constitution; and (3) the Civil Rights Act, 42 U.S.C. § 1983; (4) , Cal. Gov. Code § 844.6(d). Plaintiff alleges his rights were violated while he was housed at Richard J. Donovan Correctional Facility.

On September 23, 2019, Defendants filed a motion to dismiss. On October 25, 2019, the parties filed a joint motion to amend Plaintiff's complaint. The Court granted the joint motion and allowed for amended pleading.

On November 13, 2019, Magistrate Judge Linda Lopez issued a Report and Recommendation ("R&R") on the motion to dismiss, recommending that it be denied as moot given the Order allowing for amended pleading.

1

1  This Court, having reviewed de novo the Magistrate Judge's R&R, adopts the R&R
2  in its entirety and denies Defendants' motion to dismiss.
3  **IT IS SO ORDERED**.

Dated: February 3, 2020

_____
Hon. Dana M. Sabraw
United States District Judge